```
 1
 2
 3
 4
 5
 6
 7
```
                    **UNITED STATES DISTRICT COURT**

                    **CENTRAL DISTRICT OF CALIFORNIA**

                           **WESTERN DIVISION**

| | |
|---|---|
| **ERIC BERNARD MARTIN,** | ) |
| | ) |
|        Petitioner, | ) Case No. CV 09-1033 RGK (AJW) |
| | ) |
|     v. | ) |
| | ) ORDER ADOPTING REPORT AND |
| **JOHN MARSHALL, WARDEN,** | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
|        Respondent. | ) |
| _____ | ) |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed.  The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

    DATED: September 25, 2009

_____
R. Gary Klausner
United States District Judge