UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ERIC BERNARD MARTIN,** | ) Case No. CV 09-1033-RGK(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| **JOHN MARSHALL, Warden,** | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: September 25, 2009

_____
R. Gary Klausner
United States District Judge